1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSE BUTTE,

            Petitioner,

    v.

SOLANO COUNTY JAIL MENTAL
HEALTH HOSPITAL,

            Respondent.

Case No. 16-cv-06780-JST (PR)

**ORDER OF TRANSFER**

Jesse Butte, an inmate at the Solano County Justice Center Detention Facility proceeding pro se, has filed a petition for a writ of habeas corpus, seeking to challenge a sentence imposed and/or a civil commitment imposed in the Solano County Superior Court. Petitioner also appears to raise civil rights claims relating to false imprisonment and denial of medical care.

Venue is proper in a habeas action in either the district of confinement or the district of conviction, see 28 U.S.C. § 2241(d). Here, the commitment proceedings and/or conviction took place in Solano County, which is in the Eastern District of California. In addition, to the extent Butte is raising a civil rights claim, the acts complained of also occurred within the venue of the Eastern District of California, making that the proper venue. See 28 U.S.C. § 1391(b).

Accordingly, this case is TRANSFERRED to the Eastern District of California. See 28 U.S.C. § 1404(a). In light of this transfer, the pending motion (dkt. no. 3) to proceed in forma pauperis is deferred to the Eastern District. The Clerk shall transfer this action forthwith.

IT IS SO ORDERED.

Dated: December 16, 2016

_____
JON S. TIGAR
United States District Judge