UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BUTTE, | No. 2:16-cv-02974 WBS AC P |
| Petitioner, | |
| v. | ORDER |
| SOLANO COUNTY JAIL MENTAL HEALTH HOSPITAL; STATE OF CALIFORNIA, DEPARTMENT OF STATE HOSPITALS, | |
| Respondents. | |

This action was transferred to this court on December 16, 2016, from the U.S. District Court for the Northern District of California. Petitioner is a Solano County Jail detainee who, with the assistance of another prisoner, seeks immediate implementation of a putative state court order directing that petitioner be transferred to a state mental hospital. Petitioner asserts that he is a danger to himself and that his ongoing detention in county jail renders him susceptible to self-injury.

On December 23, 2016, the undersigned United States Magistrate Judge recommended the dismissal of this action without prejudice due to the federal court's lack of jurisdiction to consider the matters petitioner challenges. See ECF No. 8. The court advised petitioner to seek relief in the state courts, e.g., to file a petition for immediate relief in the Solano County Superior Court. Id.

On January 10, 2017, this court received a letter from petitioner, originally received December 30, 2016 by the U.S. District Court for the Northern District of California.  See ECF No. 10.  The letter reiterates the matters identified in petitioner's original pleading.[1]

In an abundance of caution, the undersigned has reviewed the docket for the Solano County Superior Court.[2]  That docket indicates that on November 4, 2016, a public defender filed a request on behalf of petitioner for an order to show cause/contempt for failure to transfer petitioner to Napa State Hospital.  See Docket, Solano County Superior Court, People v. Jessie Jay Butte, Case No. FCR314963, Entry Nov. 4, 2016.  It appears that on December 21, 2016, the court issued an amended order committing petitioner to the Department of Mental Health.  See id., Entry Dec. 21, 2016.  Moreover, a hearing on the order to show cause and "placement review" are scheduled for today, January 12, 2017, at 8:30 a.m., in petitioner's related Case Nos. FCR314963, FCR314162 and FCR307314.  Id.

It appears that petitioner's needs are currently being addressed in the Solano County Superior Court.  In light of this court's lack of jurisdiction to consider the matters petitioner challenges, **petitioner is advised that this court will not respond to any future filings in this case.  Petitioner must direct all of his concerns to the Solano County Superior Court.**

SO ORDERED.

DATED:  January 12, 2017

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The letter provides in full, ECF No. 10: "Dear Your Honor, I am still deemed imcompitant. And Its been 3 months Iv been waiting to go to napa state Please help Jesse Butte I have tried to kill myself 3 times in the past 4 months its all in my medical files which they wont release to me." (Sic).

[2] This court may take judicial notice of its own records and the records of other courts.  See United States v. Howard, 381 F.3d 873, 876 n.1 (9th Cir. 2004); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980); see also Fed. R. Evid. 201 (court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned).